# United States Court of Appeals
## For the First Circuit

No. 01-1303

UNITED STATES OF AMERICA,
Plaintiff, Appellant,

v.

JULIO A. PEREIRA,
Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on December 3, 2001, is amended as follows:

On page 10, lines 11 - 15: Delete the last two sentences of this paragraph, beginning with "At the very least . . ." and ending with ". . . speak of this requirement."

On page 11, footnote 3: Change the first sentence of the footnote, substituting "importance of irreplaceability to the determination of extraordinariness" for "irreplaceability requirement."

On page 12, line 15: Add "or otherwise extraordinary" to the end of the sentence to read "to characterize Pereira's care as irreplaceable or otherwise extraordinary."

On page 13, lines 24 - 26 and page 14, lines 1 - 3: Delete the first two sentences of the conclusion.

On page 14, line 4: Conclusion should read, "Because Pereira's circumstances are not so compelling as to remove him from the Guidelines' "heartland," we conclude that the district court abused its discretion in granting Pereira a downward departure. We **reverse** and **remand** this case for action consistent with this opinion."